UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | **5:14-CV-14-BO** |
| FOUR OAKS FINCORP, INC., and FOUR ) | |
| OAKS BANK AND TRUST COMPANY, ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment is entered in the amount of One Million Dollars ($1,000,000.00) in favor of the United States and against Four Oaks Fincorp, Inc. and Four Oaks Bank and Trust Company as a civil money penalty. The Bank shall pay the penalty amount to the United States by payment to the United States Treasury within seven days of entry of the Consent Order by electronic funds transfer.

**IT IS FURTHER ORDERED THAT** the Bank shall pay Two Hundred Thousand Dollars ($200,000.00) to the United States Postal Inspection Service's Consumer Fraud Fund as proceeds of the wire fraud alleged in the Complaint. Such payment must be made within seven days of the entry of the Consent Order by electronic funds transfer.

**IT IS FURTHER ORDERED THAT** the Bank relinquishes dominion and all legal and equitable right, title, and interest in all assets transferred pursuant to the Consent Order and may not seek return of any assets.

**IT IS FURTHER ORDERED THAT**, for a period ending five years after the date of the entry of the Consent Order, the Bank shall cooperate fully and truthfully with the United States in any civil, criminal, and/or administrative investigations that involve the Bank's current and former officers, directors, and employees, the Bank's current and former Third-Party Payment Processor customers, and the Bank's current and former Third-Party Payment Processors' merchants.

**This Judgment was filed and entered on April 25, 2014, and copies were delivered to:**
G. Norman Acker, III (electronically via CM/ECF)
Clifton L. Brinson (electronically via CM/ECF)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| April 25, 2014 | /s/ Macy B. Fisher |
| | (By) Macy B. Fisher, Deputy Clerk |